United States District Court
Southern District of Florida

Case No.: 10-CV-61117Gold/McAliley

FREDA SHERMAN STEVENS, (Pro Se)

   Plaintiff,

vs.

TOWN OF DAVIE, A Florida
Municipal Corporation, BRENDA SNIPES, as
Broward Supervisor Of Elections, CARYL
CASEY-HATTAN.

   Defendant(s).
_____/

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS

  Plaintiff files this Voluntary Motion to Dismiss this complaint against all defendants, without prejudice. Plaintiff reserves the right to re-file her complaint against the defendants, at a later date and time, subject to the statute of limitations. Nothing further.

  Wherefore, Plaintiff respectfully requests this Honorable Court enter an Order, GRANTING Plaintiff's Motion to Dismiss without prejudice.

              Respectfully submitted,

              By:_____
              Freda Sherman Stevens
              4611 S. University Drive Suite 406
              Davie, Florida 33328
              Phone: 954.594.9567
              Email: freda@fredastevens.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY a true and complete copy of the foregoing document has been sent via U.S. mail to: Stephen Hunter Johnson, Esq., 1201 Brickell Avenue Fifth Floor Miami, Florida 33313, Burnadette Norris-Weeks, Esq., 401 NW 7th Avenue, Avenue of the Arts, Fort Lauderdale, Florida 33301.

              By:_____
              Freda Sherman Stevens

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:2010cv61117-CivGold/McAliley

FREDA SHERMAN STEVENS (Pro Se)
Plaintiff,

vs.

Town of Davie, et al
_____/

## ORDER GRANTING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Motion to Voluntarily Dismiss the Complaint without prejudice against the defendants, as Plaintiff needs time to seek legal counsel and advice on this matter to determine if or when she will re-file her complaint in the Southern District of Florida, filed herein on June 30, 2010. Therefore, the Court grants this Motion, pursuant to Federal Rule of Civil Procedure.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Voluntarily Dismiss this Complaint without prejudice is **GRANTED**.

**DONE AND ORDERED** in Chambers on October _____, 2010.

                                                                    _____
                                                                    Honorable Alan S. Gold
                                                                    United States District Judge

Copies furnished to:
Counsel of Record